UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONALD AND CHARMAINE DWYER, ET AL.           CIVIL ACTION

Versus                                        NO. 11-1985

FESTIVA RESORTS, LLC, ET AL.                  SECTION: "F"

ORDER AND REASONS

Before the Court is the defendants' request for oral argument on the defendants' motion to strike the affidavit of Ronald Dwyer. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

4. The motion or opposition papers implicate a constitutional issue.

5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED: that the request for oral argument on the defendants' motion to strike is DENIED.

New Orleans, Louisiana, September 28, 2011.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE