UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONALD DWYER, ET AL.                              CIVIL ACTION

Versus                                            NO. 11-1985

FESTIVA RESORTS, LLC, ET AL.                      SECTION: "F"

ORDER AND REASONS

Before the Court is defendants' motion to strike the affidavit of plaintiff Ronald Dwyer.  For the reasons that follow, the defendants' motion is DENIED AS MOOT.

## Background

This proposed class action arises out of plaintiffs' disappointed purchase of a membership interest in a time-share vacation club.  By Order and Reasons entered September 21, 2011, this Court granted defendants' motion to compel arbitration and administratively closed this case.

The defendants now ask the Court to strike plaintiff Ronald Dwyer's affidavit.  The plaintiffs submitted this affidavit as a supporting exhibit to their opposition to defendants' motion to compel arbitration.  To the extent that defendants ask the Court not to consider the affidavit in ruling on the defendants' motion to compel arbitration, that is a moot point.  To the extent that defendants wish to strike the affidavit in order to bar its future use, that is a question properly before the arbitrator and

1

not this Court.

Accordingly, IT IS ORDERED: that the defendants' motion to strike plaintiff Ronald Dwyer's affidavit is DENIED.

New Orleans, Louisiana, October 5, 2011

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE